File No. 2.5251

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT COURT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| ACUITY, a mutual insurance company, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 1:24-cv-11124 ) ) |
| THE HOME DEPOT USA, INC. and ELAINE HEFALLA | ) ) ) |
| *Defendants*. | ) ) |

## NOTICE OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff, Acuity, a mutual insurance company ("Acuity"), provides notice that it is dismissing this case, pursuant to an agreement between Acuity and Defendant The Home Depot USA, Inc. ("Home Depot"). Home Depot has not filed an answer or a motion for summary judgment.

Respectfully submitted,
**LINDSAY, PICKETT & POSTEL, LLC**

By:   */s/ Joseph P. Postel*

Joseph P. Postel, One of the
Attorneys for Acuity

Joseph P. Postel ARDC # 6189515
jpostel@lpplawfirm.com
312-800-6008
Jacob C. Beaupre # 6335547
jbeaupre@lpplawfirm.com
312-625-9306
**LINDSAY, PICKETT & POSTEL, LLC**
200 W. Madison Street, Suite 3850
Chicago, IL 60606